UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE K. ENSLIN, on behalf of himself and all others similarly situated, | : : : : |
| Plaintiff, v. | : : |
| THE COCA-COLA COMPANY et al., | : : : : |
| Defendants. | : |

No. 2:14-cv-06476

**O R D E R**

AND NOW, this 29th day of September, 2015, for the reasons set forth in the accompanying Memorandum Opinion issued this date, **IT IS ORDERED** that Defendants Coca-Cola Company, Coca-Cola Refreshments USA, Inc., Keystone Coca-Cola and Bottling and Distribution Corporation, Keystone Coca-Cola Bottling Company, Inc., and Keystone Coca-Cola Bottling Corporation's Motion to Dismiss, ECF No. 10, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Counts One, Two, Three, Six, Eight, and Nine are **DISMISSED**.

2. In all other respects, Defendants' Motion is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge