## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANE ENSLIN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| THE COCA-COLA COMPANY; COCA-COLA REFRESHMENTS USA, INC.; KEYSTONE COCA-COLA AND BOTTLING AND DISTRIBUTION CORPORATION; KEYSTONE COCA-COLA BOTTLING COMPANY, INC.; KEYSTONE COCA-COLA BOTTLING CORPORATION; THOMAS WILLIAM ROGERS, III. | ) ) ) ) ) ) ) ) ) | Case No.: 14-CV-06476 |
| Defendants. | ) ) | |

## THE COCA-COLA DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION OR FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 56, Defendants The Coca-Cola Company, Coca-Cola Refreshments USA, Inc., Keystone Coca-Cola and Bottling and Distribution Corporation, Keystone Coca-Cola Bottling Company, Inc., and Keystone Coca-Cola Bottling Corporation (collectively, the "Coca-Cola Defendants"), hereby move to dismiss for lack of subject matter jurisdiction or for summary judgment on Plaintiff Shane Enslin's ("Plaintiff") remaining claims, as (i) Plaintiff lacks Article III standing to assert the claims alleged and (ii) the undisputed material facts demonstrate that the Coca-Cola Defendants are entitled to judgment as a matter of law.  The further grounds for this Motion are set forth in the Coca-Cola Defendants' accompanying Statement of Undisputed Material Facts, Memorandum of

Law, and supporting declarations and exhibits thereto, which are incorporated herein by reference in their entirety.

Respectfully, the Coca-Cola Defendants submit that the Rule 12(b)(1) portion of this Motion raises a threshold issue regarding Plaintiff's underlying standing to sue and, by extension, this Court's basis for subject matter jurisdiction.  This Motion should therefore be adjudicated by the Court in advance of other pending matters before the Court, as further explained in the accompanying Memorandum of Law.

Respectfully submitted,

By: s/ *Mark Melodia*

**REED SMITH** LLP
Mark S. Melodia (I.D. No. 53515)
Paul Bond (*pro hac vice*)
Nipun J. Patel (I.D. No.  208130)
Alexis G. Cocco (I.D. No. 201741)
Mark H. Francis (*pro hac vice*)
Three Logan Square
Suite 3100
1717 Arch Street
Philadelphia, PA 19103
Ph:  (215) 851-8100

*Counsel for Defendants The Coca-Cola Company; Coca-Cola Refreshments USA, Inc.; Keystone Coca-Cola and Bottling and Distribution Corporation; Keystone Coca Coca-Cola Bottling Company, Inc.; and Keystone Coca-Cola Bottling Corporation*

Dated: December 21, 2016