UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE K. ENSLIN, *on behalf of himself and all others similarly situated*, | : <br> : <br> : |
| Plaintiff, <br> v. | : <br> :     No. 2:14-cv-06476 <br> : |
| THE COCA-COLA COMPANY; <br> COCA-COLA REFRESHMENTS USA, INC.; <br> KEYSTONE COCA-COLA AND BOTTLING <br> AND DISTRIBUTION CORPORATION; <br> KEYSTONE COCA-COLA BOTTLING CO.; <br> KEYSTONE COCA-COLA BOTTLING <br> COMPANY, INC.; <br> KEYSTONE COCA-COLA BOTTLING <br> CORPORATION; <br> THOMAS WILLIAM ROGERS, III; <br> DOE DEFENDANTS 1-50; <br> ABC CORPORATIONS 1-50; and <br> XYZ PARTNERSHIPS AND ASSOCIATIONS, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

# **O R D E R**

And now, this 29th day of August, 2017, for the reasons set forth in the accompanying opinion issued this day, it is **ORDERED** as follows:

1. Plaintiff's Motion for Reconsideration of Summary Judgment, ECF No. 194, is **DENIED**.

2. If Plaintiff wishes to move for a default judgment against Thomas William Rogers, III, he shall do so no later than **September 29, 2017**. If no motion is filed by that date, his claims against Rogers will be dismissed for lack of prosecution.

BY THE COURT:

/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge