# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANE K. ENSLIN,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| vs. | : | **NO. 14-6476** |
| **THE COCA-COLA COMPANY, et al.,** | : | |
| **Defendants** | : | |

## **JUDGMENT**

**AND NOW**, this 30th day of May, 2019, judgment is hereby entered in favor of Defendants The Coca-Cola Company, Coca-Cola Refreshments USA, Inc., Keystone Coca-Cola and Bottling and Distribution Corporation, Keystone Coca-Cola Bottling Company, Inc., and Keystone Coca-Cola Bottling Corporation, and against Plaintiff Shane K. Enslin, in the amount of $26,883.09.

The costs listed on the Defendants' Bill of Costs (Docket No. 219) for pro hac vice admission fees, totaling $280.00, are disallowed as they are not costs which may be taxed pursuant to 28 U.S.C. § 1920.

KATE BARKMAN
Clerk of Court

By:   s/ Terry Milano
Deputy Clerk